IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Keith J. Jones | : | No. 13-20874-AMC |
| Debtor | | |

O R D E R

AND NOW, this 24th day of July, 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Keith J. Jones

Philadelphia Housing Authority
2012 Chestnut Street
Philadelphia, PA 19103