```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                    Case No. 13-20874-amc
Keith J Jones                                             Chapter 13
     Debtor              CERTIFICATE OF NOTICE
District/off: 0313-2         User: ChrissyW             Page 1 of 2              Date Rcvd: Oct 16, 2018
                             Form ID: 138NEW            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db            +Keith J Jones,    5044 Nevada Street,    Philadelphia, PA 19131-2502
13237975      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13211539     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Fia Csna,     Po Box 982235,    El Paso, TX 79998)
13308795       ECMC,   PO BOX 16408,    ST. PAUL, MN, 55116-0408
13211538      +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13211541      +Keith Green,    5044 Nevada Street,    Philadelphia, PA 19131-2502
13239979      +Lakeview Loan Servicing, LLC,     c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13230049      +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
                ATTN: BANKRUPTCY UNIT
13211544       Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13211545      +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13211546      +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13211547       Thomas Jefferson University Hospital,     P.O. Box 8500-3100,    Philadelphia, PA 19178-3100
13211548       Torres Credit Services, Inc.,     PO Box 189,   Carlisle, PA 17013-0189
13211549       U S Dept Of Ed/Gsl/Atl,     Po Box 4222,   Iowa City, IA 52244
13211551      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:42      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:42
                Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:23      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13244503      +E-mail/Text: BKRMailOps@weltman.com Oct 17 2018 02:43:06
                ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT III,     Successor in interest to CITIBANK, N.A.,
                c/o Weltman, Weinberg & Reis,    436 Seventh Avenue, Ste 1400,    Pittsburgh, PA 15219-1827
13304485       E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:43      City of Philadelphia,
                Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13211536      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 02:47:40      Cap One,
                26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13211540      +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:48:17      Gecrb/Lowes,    Po Box 965005,
                Orlando, FL 32896-5005
13247498       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 17 2018 02:43:12      Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
13299832       E-mail/Text: camanagement@mtb.com Oct 17 2018 02:42:17      Lakeview Loan Servicing LLC,
                c/o M&T Bank,   P.O. Box 840,    Buffalo, NY 14240-0840
13211542       E-mail/Text: camanagement@mtb.com Oct 17 2018 02:42:17      M&T Bank,    1100 Wehrle Drive,
                Buffalo, NY 14240
13269641      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 17 2018 02:42:16      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13320283       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 02:47:43
                Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541
13211543      +E-mail/Text: bankruptcygroup@peco-energy.com Oct 17 2018 02:42:16      Peco Energy,
                2301 Market Street,    Philadelphia, PA 19103-1380
13211550       E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:42      Water Revenue Bureau,
                1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13211537        Credit Coll
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Oct 16, 2018
                              Form ID: 138NEW             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Keith J Jones dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Keith J Jones

    Debtor(s)

Bankruptcy No: 13−20874−amc

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 10/16/18