Certificate Number: 12433-PAE-DE-031792255

Bankruptcy Case Number: 13-20874



12433-PAE-DE-031792255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2018, at 8:03 o'clock PM EDT, Keith J. Jones completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 21, 2018          By:    /s/Lance Brechbill

                                 Name:  Lance Brechbill

                                 Title: Teacher